No. 943. UNITED STATES *v.* MIDDLETON & COMPANY, ETC., ET AL. March 23, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Cir-

cuit denied. . *Solicitor General Beck* and *Mr. J. Frank Staley,* Special Assistant to the Attorney General, for the United States. *Messrs. E. Willoughby Middleton, Alfred Huger* and *Julian Mitchell* for respondents.